PP

To whom it may concern,

My name is Clarence Saffold. I'm writing in regards to case no. 19-CV-1414 Judge Pamela Peppers. I submitted an amended complaint approximately six, seven months ago. I'm not sure if it was received on your end because I never receive an acknowledgement of receipt. Can this please be coordinated with proper official(s) that I may receive any information that would ~~not~~ answer my question(s). Please and thanks in advance.

Submitted on 12th Day of July 2020

Clarence Saffold

Clarence Saffold

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 JUL 15 P 12:56
CLERK OF COURT

Clarence Saffold # 543727 (Green-West)
Racine Correctional Institution
PO Box 900
Sturtevant, WI 53177

Eastern District of Wisconsin
Office Of The Clerk
362 U.S. Courthouse
517 East Wisconsin Ave.
Milwaukee, WI 53202