| | |
|---|---|
| **U.S. Department of Justice** <br> United States Marshals Service | **PROCESS RECEIPT AND RETURN** <br> See *"Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF <br> Clarence Albert Saffold, III | COURT CASE NUMBER <br> 19-CV-1414 |
|---|---|
| DEFENDANT <br> Officer Peterson, et al | TYPE OF PROCESS <br> Order, Amended Complaint, Notice, Waiver and Consent forms |

**SERVE AT** {
- NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Officer Gilbert
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  Milwaukee County Jail, 949 N 9th St, Milwaukee, WI 53233

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Clarence Albert Saffold, III <br> 543727 <br> Racine Correctional Institution <br> 2019 Wisconsin St <br> PO Box 900 <br> Sturtevant, WI 53177-0900 | Number of process to be served with this Form 285 <br><br> Number of parties to be served in this case <br><br> Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney or other Originator requesting service on behalf of: <br> Clarence Albert Saffold, III | ☒ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER | DATE <br> 10/01/2020 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin <br> No. | District to Serve <br> No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am <br> ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285 <br> Rev. 11/18

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See *"Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF<br>Clarence Albert Saffold, III | COURT CASE NUMBER<br>19-CV-1414 |
|---|---|
| DEFENDANT<br>Officer Peterson, et al | TYPE OF PROCESS<br>Order, Amended Complaint, Notice, Waiver and Consent forms |

**SERVE AT** {
NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer J Sanchez

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Milwaukee County Jail, 949 N 9th St, Milwaukee, WI 53233

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Clarence Albert Saffold, III<br>543727<br>Racine Correctional Institution<br>2019 Wisconsin St<br>PO Box 900<br>Sturtevant, WI 53177-0900 | Number of process to be served with this Form 285<br><br>Number of parties to be served in this case<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney or other Originator requesting service on behalf of:<br>Clarence Albert Saffold, III | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>10/01/2020 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Clarence Albert Saffold, III | 19-CV-1414 |
| DEFENDANT | TYPE OF PROCESS |
| Officer Peterson, et al | Order, Amended Complaint, Notice, Waiver and Consent forms |

**SERVE AT**

NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Khan

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Milwaukee County Jail, 949 N 9th St, Milwaukee, WI 53233

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clarence Albert Saffold, III
543727
Racine Correctional Institution
2019 Wisconsin St
PO Box 900
Sturtevant, WI 53177-0900

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Clarence Albert Saffold, III

TELEPHONE NUMBER

DATE: 10/01/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date | Time | ☐ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)

REMARKS

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18